IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00587-JLK

SANDRA CULBRETH,

    Plaintiff,

v.

LAW OFFICES OF MITCHELL N. KAY, P.C., a New York professional corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) (doc. #3), filed April 21, 2010, and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own attorney's fees and costs.

BY THE COURT:

 April 21, 2010        s/John L. Kane
DATE                    U.S. DISTRICT JUDGE